1  RUSSELL I. GLAZER (SBN 166198)
   Email:     rglazer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email:     amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC.; FOREIGN
7  IMPORTED PRODUCTIONS and PUBLISHING,
   INC.; STONE DIAMOND MUSIC CORP.; SID
8  SIM PUBLISHING CO., a division of SWALLOW
   PUBLICATIONS, INC.; FLAT TOWN MUSIC
9  COMPANY, a division of SWALLOW
   PUBLICATIONS, INC.; SONY/ATV LATIN
10 MUSIC PUBLISHING LLC; EMI BLACKWOOD
   MUSIC INC.; COLLIPARK MUSIC; SOAR
11 LOSER MUSIC; DA CRIPPLER PUBLISHING; E
   W C PUBLISHING CO.; WHO IS MIKE JONES
12 MUSIC; 2 PLAYAS PUBLISHING LLC;
   WARNER-TAMERLANE PUBLISHING CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; FOREIGN IMPORTED PRODUCTIONS and PUBLISHING, INC.; STONE DIAMOND MUSIC CORP.; SID SIM PUBLISHING CO., a division of SWALLOW PUBLICATIONS, INC.; FLAT TOWN MUSIC COMPANY, a division of SWALLOW PUBLICATIONS, INC.; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; E W C PUBLISHING CO.; WHO IS MIKE JONES MUSIC; 2 PLAYAS PUBLISHING LLC; WARNER-TAMERLANE PUBLISHING CORP, , <br><br> Plaintiffs, <br><br> v. | Case No. <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT |

| | |
|---|---|
| 1<br>2<br>3<br>4 | SO CO INDUSTRIES d/b/a THE CONTINENTAL ROOM and GERONIMO NAJERA and DAMIAN MCLAWHORN, each individually,,<br><br>        Defendants. |

Plaintiffs Broadcast Music, Inc., Foreign Imported Productions and Publishing, Inc., Stone Diamond Music Corp., Sid Sim Publishing Co., a division of Swallow Publications, Inc., Flat Town Music Company, a division of Swallow Publications, Inc., Sony/ATV Latin Music Publishing LLC, EMI Blackwood Music Inc., Collipark Music, Soar Loser Music, Da Crippler Publishing, E W C Publishing Co., Who Is Mike Jones Music, 2 Playas Publishing LLC and Warner-Tamerlane Publishing Corp. (collectively, Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement against Defendants So Co Industries d/b/a The Continental Room And Geronimo Najera And Damian McLawhorn (collectively, "Defendants'), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been

granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Foreign Imported Productions and Publishing, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Sid Sim Publishing Co. is a division of Swallow Publications, Inc. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Flat Town Music Company is a division of Swallow Publications, Inc. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Latin Music Publishing LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff Collipark Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Soar Loser Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Plaintiff Da Crippler Publishing is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14. Plaintiff E W C Publishing Co. is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

15. Plaintiff Who is Mike Jones Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

16. Plaintiff 2 Playas Publishing LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

17. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

18. Defendant So Co Industries is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as The Continental Room, located at 115 W Santa Fe Avenue, Fullerton, CA 92832, in this district (the "Establishment").

19. In connection with the operation of the Establishment, So Co Industries publicly performs musical compositions and/or causes musical compositions to be publicly performed.

20. Defendant So Co Industries has a direct financial interest in the Establishment.

21. Defendant Geronimo Najera is an officer of Defendant So Co Industries with responsibility for the operation and management of that corporation and the Establishment.

22. Defendant Geronimo Najera has the right and ability to supervise the activities of Defendant So Co Industries and a direct financial interest in that corporation and the Establishment.

23. Defendant Damian McLawhorn is an officer of Defendant So Co Industries with responsibility for the operation and management of that corporation and the Establishment.

24. Defendant Damian McLawhorn has the right and ability to supervise the activities of Defendant So Co Industries and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

25. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 24.

26. Since July 2023, BMI has reached out to Defendants over seventy (70) times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

27. Plaintiffs allege six (6) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

28. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the six (6) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

29. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

30. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

31. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

32. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

33. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

**TroyGould PC**

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0078  4909-7312-4611.1

34. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: December 6, 2024

TROYGOULD PC

By: /s/ AnnMarie Mori
AnnMarie Mori
Russell I. Glazer
Attorneys for Plaintiffs
BROADCAST MUSIC, INC.; FOREIGN IMPORTED PRODUCTIONS and PUBLISHING, INC.; STONE DIAMOND MUSIC CORP.; SID SIM PUBLISHING CO., a division of SWALLOW PUBLICATIONS, INC.; FLAT TOWN MUSIC COMPANY, a division of SWALLOW PUBLICATIONS, INC.; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; E W C PUBLISHING CO.; WHO IS MIKE JONES MUSIC; 2 PLAYAS PUBLISHING LLC; WARNER-TAMERLANE PUBLISHING CORP.

**TroyGould PC**

7

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0078 4909-7312-4611.1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Conga |
| Line 3 | Writer(s) | Enrique E. Garcia |
| Line 4 | Publisher Plaintiff(s) | Foreign Imported Productions and Publishing, Inc. |
| Line 5 | Date(s) of Registration | 4/5/85 |
| Line 6 | Registration No(s). | PA 245-877 |
| Line 7 | Date(s) of Infringement | 9/15/24 |
| Line 8 | Place of Infringement | The Continental Room |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Can't Help Myself a/k/a Sugar Pie, Honey Bunch |
| Line 3 | Writer(s) | Brian Holland; Lamont Dozier; Eddie Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 4/22/65 |
| Line 6 | Registration No(s). | Ep 201377 |
| Line 7 | Date(s) of Infringement | 9/15/24 |
| Line 8 | Place of Infringement | The Continental Room |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | My Toot Toot a/k/a Mi Cucu |
| Line 3 | Writer(s) | Sidney J. Simien |
| Line 4 | Publisher Plaintiff(s) | Sid Sim Publishing Co., a division of Swallow Publications, Inc.; Flat Town Music Company, a division of Swallow Publications, Inc. |
| Line 5 | Date(s) of Registration | 3/12/85 |
| Line 6 | Registration No(s). | PA 247-818 |
| Line 7 | Date(s) of Infringement | 9/15/24 |
| Line 8 | Place of Infringement | The Continental Room |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Suavemente | |
| Line 3 | Writer(s) | Elvis Crespo | |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Latin Music Publishing LLC | |
| Line 5 | Date(s) of Registration | 1/29/99 | |
| Line 6 | Registration No(s). | PA 934-438 | |
| Line 7 | Date(s) of Infringement | 8/18/24 | 9/15/24 |
| Line 8 | Place of Infringement | The Continental Room | |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Ms. New Booty |
| Line 3 | Writer(s) | Michael Antoine Crooms; Deongelo Holmes; Eric Jackson; Warren Anderson Mathis |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Michael Antoine Crooms d/b/a Collipark Music; Warren Anderson Mathis d/b/a Soar Loser Music; Eric Von Jackson, Jr. d/b/a Da Crippler Publishing; Deongelo Marquel Holmes d/b/a E W C Publishing Co. |
| Line 5 | Date(s) of Registration | 3/2/06 |
| Line 6 | Registration No(s). | PA 1-163-734 |
| Line 7 | Date(s) of Infringement | 8/18/24 |
| Line 8 | Place of Infringement | The Continental Room |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Badd |
| Line 3 | Writer(s) | Michael Antoine Crooms a/k/a Michael Crooms; Eric Jackson a/k/a Eric Von Johnson; Deongelo Holmes: Mike Jones a/k/a Michael A. Jones |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Michael Antoine Crooms, an individual d/b/a Collipark Music; Eric Von Jackson, Jr., an individual d/b/a Da Crippler Publishing; Deongelo Marquel Holmes, an individual d/b/a E W C Publishing Co.; Mike A. Jones, an individual d/b/a Who Is Mike Jones Music; 2 Playas Publishing LLC; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 7/6/05     8/24/05 |
| Line 6 | Registration No(s). | PA 1-162-024    PA 1-347-593 |
| Line 7 | Date(s) of Infringement | 8/17/24     9/15/24 |
| Line 8 | Place of Infringement | The Continental Room |