AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; FOREIGN IMPORTED PRODUCTIONS and PUBLISHING, INC.; STONE DIAMOND MUSIC CORP.; SID SIM PUBLISHING CO., a division of SWALLOW PUBLICATIONS, INC.; FLAT TOWN MUSIC COMPANY, a division of SWALLOW PUBLICATIONS, INC.; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; E W C PUBLISHING CO.; WHO IS MIKE JONES MUSIC; 2 PLAYAS PUBLISHING LLC; WARNER-TAMERLANE PUBLISHING CORP., | Civil Action No. 8:24-cv-02653-KES |
| *Plaintiff(s)* | |
| v. | |
| SO CO INDUSTRIES d/b/a THE CONTINTENTAL ROOM and GERONIMO NAJERA and DAMIAN MCLAWHORN, each individually, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SO CO INDUSTRIES d/b/a THE CONTINTENTAL ROOM
GERONIMO NAJERA
DAMIAN MCLAWHORN


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Russell I. Glazer (SBN 166198) / AnnMarie Mori (SBN 217835)
   TroyGould PC
   1801 Century Park East, 16th Floor
   Los Angeles, CA 90067

AO 440 (Rev. 06/12) Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/09/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-02653-KES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: